1  JOSEPH RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California 94102
        Telephone: (415) 436-6809
7       Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12
                                                    08-0707 JL
13 UNITED STATES OF AMERICA,        )    No. CR 3-08-70490 MEJ
                                    )
14        Plaintiff,                )
                                    )    [PROPOSED] ORDER AND
15    v.                            )    STIPULATION TO EXCLUDE TIME
                                    )    FROM AUGUST 29, 2008 TO
16 GLORIA PATRICIA TORREZ           )    SEPTEMBER 26, 2008
   PANIAGUA,                        )
17      a/k/a Patricia Alvarez,     )
                                    )
18        Defendant.                )
                                    )
19

20     On August 29, 2008, the parties in this case appeared before the Honorable Joseph C. Spero

21 for their latest status conference. The parties stipulated that time should be excluded from the

22 Speedy Trial Act calculation and extended under Rule 5.1 from August 29, 2008 until September

23 26, 2008 to allow effective preparation of defense counsel. Counsel for defendant is reviewing

24 the evidence to determine whether a pre-charge disposition is appropriate. Only after evaluating

25 the evidence will counsel be in a position to evaluate what disposition is an appropriate one. The

26 parties represented that granting the exclusion was reasonable, taking into account the exercise

27 of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of

28

PROPOSED ORDER AND STIP.
CR 3-08-70490 MEJ

1

1  justice served by granting such a continuance outweighed the best interests of the public and the
2  defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
3     IT IS SO STIPULATED.

4  DATED: __9/10/08_____          _____/s/_____
5                                  RON TYLER
                                   Counsel for Defendant
6

7
8  DATED: _9/9/08_____        _____/s/_____
                                   WENDY THOMAS
                                   Special Assistant United States Attorney
9

10    IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act and extended
11  under Rule 5.1 of the Federal Rules of Criminal Procedure from August 29, 2008, to September
12  26, 2008, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv) and F.R.C.P. 5.1.

13    IT IS SO ORDERED.
14

15  DATED: 12/01/08
16                                  THE H[ONORABLE]
                                    United S[tates ...]
17                                  Judge Joseph C. Spero

PROPOSED ORDER AND STIP.
CR 3-08-70490 MEJ

2